United States District Court
Southern District of Texas
**ENTERED**
April 18, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LORNA RENEE CLOW, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:16-CV-3612 |
| § | |
| SHERATON HOTEL, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL WITH PREJUDICE

In accordance with the plaintiffs' motion for dismissal with prejudice filed by the plaintiffs', Lorna Clow, Julius Bagwell, III, Patricia Newhouse, and Tonya D. Samples, it is hereby ORDERED that the action against the defendants', Sheraton Hotel, Driftwood Hospitality Management, L.L.C., Driftwood Hospitality Management II, LLC, and Houston North Payroll, LLC and all claims against Sheraton Hotel, Driftwood Hospitality Management, L.L.C., Driftwood Hospitality Management II, LLC, and Houston North Payroll, LLC, contained in this matter, should be dismissed with prejudice. Each party shall be responsible for its own respective costs and attorneys' fees incurred as a result of this action.

It is so ORDERED.

SIGNED on this 18th day of April, 2017.

_____
Kenneth M. Hoyt
United States District Judge